**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1733**

In re: ANTONIO PARNELL, a/k/a Antonio Jones, a/k/a Anthony Shaw, a/k/a Jerry L. Cagle,

Petitioner.

On Petition for Writ of Mandamus.  (2:20-cv-00145; 2:18-cr-00147-1)

Submitted:  September 14, 2021                    Decided:  September 17, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Antonio Parnell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Parnell petitions for a writ of mandamus, alleging that the magistrate judge has unduly delayed in acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket sheet reveals that the magistrate judge recently took significant action on Parnell's § 2255 motion. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*